## **DECLARATION PURSUANT TO 17 U.S.C. § 512(h)**

I, E. F. Stone, the undersigned, declare that:

1.      I am an attorney representing Japan Creative Contents Alliance, LLC and I am authorized to act on its behalf for matters involving the infringement of its copyrighted works. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

2.      The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer(s) in control of the internet domain(s)/website(s) listed on in the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to my client under Title 17 of the United States Code.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Ann Arbor, Michigan, on Tuesday, December 06, 2022.

*E. F. Stone*
Evan Stone, Esq.
Texas Bar No. 24072371
Stone & Vaughan, PLLC
317 S. Division St. #52
Ann Arbor, MI  48104
Office: 469-248-5238
Fax: 310-756-1201
E-mail: evan@stonevaughanlaw.com