Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
11/29/2022 8:06:54 PM

re:      https://www.zoro.to
re:      https://9anime.vc
re:      https://9anime.to

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of http://
www.japancreativecontentsalliance.com/ whose exclusive copyrights are being
infringed. The information in this notice is accurate.

Original Works & Copyright Holder(s):
Japan Creative Contents Alliance LLC
C/O Incorp
919 North Market Street, Suite 950
Wilmington, DE 19801

The works in question are copyrighted Japanese Anime series, Title(s):
Akiba Maid War
Bibliophile Princess
Call of the Night
Chivalry of a Failed Knight
Demon King Daimao
Eminence in Shadow
Executioner and Her Way of Life
Gate
I'm Quitting Heroing
Is it Wrong to Try to Pick Up Girls in a Dungeon
Love Flops
Made in Abyss
Management of a Novice Alchemist
My Isekai Life
Peter Grill and Peter Grill Super Extra
Redo of Healer
Reincarnated as a Sword
Urusei Yatsura
Vermeil in Gold
Why the Hell are you Here Teacher

I have a good faith belief that the items or materials listed below
are not authorized
by the above owners, their agents or the law and therefore infringe

the owner's rights.
Please act expeditiously to remove or disable access to the infringing material or items
listed as follows - the images, videos and/or download links at the following URL(s):

https://zoro.to/demon-king-daimao-3825
https://zoro.to/peter-grill-and-the-philosophers-time-super-extra-18165
https://zoro.to/the-executioner-and-her-way-of-life-17503
https://zoro.to/chivalry-of-a-failed-knight-1406
https://zoro.to/love-flops-18173
https://zoro.to/nande-koko-ni-sensei-ga-5893
https://zoro.to/redo-of-healer-15754
https://zoro.to/management-of-novice-alchemist-18176
https://zoro.to/gate-891
https://zoro.to/made-in-abyss-32
https://zoro.to/made-in-abyss-movie-1-journeys-dawn-424
https://zoro.to/made-in-abyss-movie-2-wandering-twilight-225
https://zoro.to/made-in-abyss-movie-3-dawn-of-the-deep-soul-25
https://zoro.to/made-in-abyss-the-golden-city-of-the-scorching-sun-15784
https://zoro.to/vermeil-in-gold-18081
https://zoro.to/im-quitting-heroingl-17978
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-1115
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-arrow-of-the-orion-1693
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-ii-2484
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iii-781
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iii-ova-17388
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-is-it-wrong-to-expect-a-hot-spring-in-a-dungeon-3152
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iv-17501
https://zoro.to/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iv-play-back-18129
https://zoro.to/my-isekai-life-i-gained-a-second-character-class-and-became-the-strongest-sage-in-the-world-17502
https://zoro.to/call-of-the-night-18041
https://zoro.to/princess-of-the-bibliophile-18170
https://zoro.to/reincarnated-as-a-sword-18161
https://zoro.to/the-eminence-in-shadow-17473
https://zoro.to/akiba-maid-war-18181
https://zoro.to/urusei-yatsura-18160
https://9anime.vc/watch/peter-grill-and-the-philosophers-time-super-extra-uncensored-18218
https://9anime.vc/watch/the-executioner-and-her-way-of-life-17503

https://9anime.vc/watch/chivalry-of-a-failed-knight-1406
https://9anime.vc/watch/nande-koko-ni-sensei-ga-5893
https://9anime.vc/watch/love-flops-18173
https://9anime.vc/watch/redo-of-healer-uncensored-17860
https://9anime.vc/watch/redo-of-healer-15754
https://9anime.vc/watch/management-of-novice-alchemist-18176
https://9anime.vc/watch/gate-891
https://9anime.vc/watch/vermeil-in-gold-18081
https://9anime.vc/watch/im-quitting-heroingl-17978
https://9anime.vc/watch/urusei-yatsura-18160
https://9anime.vc/watch/akiba-maid-war-18181
https://9anime.vc/watch/the-eminence-in-shadow-17473
https://9anime.vc/watch/reincarnated-as-a-sword-18161
https://9anime.vc/watch/princess-of-the-bibliophile-18170
https://9anime.vc/watch/call-of-the-night-18041
https://9anime.vc/watch/my-isekai-life-i-gained-a-second-character-class-and-became-the-strongest-sage-in-the-world-17502
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-1115
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-arrow-of-the-orion-1693
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-ii-2484
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iii-781
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iii-ova-17388
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-is-it-wrong-to-expect-a-hot-spring-in-a-dungeon-3152
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iv-17501
https://9anime.vc/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iv-play-back-18129
https://9anime.vc/watch/made-in-abyss-32
https://9anime.vc/watch/made-in-abyss-movie-1-journeys-dawn-424
https://9anime.vc/watch/made-in-abyss-movie-2-wandering-twilight-225
https://9anime.vc/watch/made-in-abyss-movie-3-dawn-of-the-deep-soul-25
https://9anime.vc/watch/made-in-abyss-the-golden-city-of-the-scorching-sun-15784
https://9anime.vc/watch/demon-king-daimao-3825
https://9anime.to/watch/urusei-yatsura.z18p
https://9anime.to/watch/urusei-yatsura.rllzm
https://9anime.to/watch/akiba-maid-war.ojxq8
https://9anime.to/watch/the-eminence-in-shadow.4ylx
https://9anime.to/watch/tensei-shitara-ken-deshita.vvnp7
https://9anime.to/watch/princess-of-the-bibliophile.80n6v
https://9anime.to/watch/call-of-the-night.0229k
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-arrow-of-the-orion.25y4
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-

dungeon-ii-is-it-wrong-to-go-searching-for-herbs-on-a-deserted-island.pn59
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-ii.15xw
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iii-is-it-wrong-to-try-to-find-a-hot-spring-in-orario-bath-god-forever.jx94
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iii.vkml
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-is-it-wrong-to-expect-a-hot-spring-in-a-dungeon.z8lw
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon-iv.jo22
https://9anime.to/watch/is-it-wrong-to-try-to-pick-up-girls-in-a-dungeon.ll13
https://9anime.to/watch/im-quitting-heroing.w115k
https://9anime.to/watch/vermeil-in-gold.52k39
https://9anime.to/watch/made-in-abyss-dawn-of-the-deep-soul.j474
https://9anime.to/watch/made-in-abyss-journeys-dawn.l9yq
https://9anime.to/watch/made-in-abyss-retsujitsu-no-ougonkyou-papa-to-issho.zlkx3
https://9anime.to/watch/made-in-abyss-the-golden-city-of-the-scorching-sun.6kp9
https://9anime.to/watch/made-in-abyss-wandering-twilight.l9ym
https://9anime.to/watch/made-in-abyss.582v
https://9anime.to/watch/gate.pj4
https://9anime.to/watch/shinmai-renkinjutsushi-no-tenpo-keiei.llrx3
https://9anime.to/watch/redo-of-healer.8rvv
https://9anime.to/watch/why-the-hell-are-you-here-teacher.9xo0
https://9anime.to/watch/renai-flops.prp1q
https://9anime.to/watch/chivalry-of-a-failed-knight.6x9
https://9anime.to/watch/the-executioner-and-her-way-of-life.lvxn
https://9anime.to/watch/peter-grill-to-kenja-no-jikan-super-extra.yqj1p
https://9anime.to/watch/peter-grill-and-the-philosophers-time.yz3j
https://9anime.to/watch/demon-king-daimao.02wr

Truthfully,
/S/: Eric Green